YODER ET AL., APPELLEES, *v.* GREENSTEEL CORPORATION, APPELLANT.

[Cite as *Yoder v. Greensteel Corp.* (1999), 85 Ohio St.3d 464.]

(No. 99–39—Submitted March 30, 1999—Decided May 12, 1999.)

*Richard M. Boyce,* for appellees.

*Roetzel & Andress, L.P.A.,* and *Thomas O. Crist,* for appellant.

The discretionary appeal is allowed.

The judgment of the court of appeals is affirmed on the authority of *Johnson v. BP Chemicals, Inc.* (1999), 85 Ohio St.3d 298, 707 N.E.2d 1107.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting. I respectfully dissent from the majority's judgment for the reasons set forth in my dissent in *Johnson v. BP Chemicals, Inc.* (1999), 85 Ohio St.3d 298, 314, 707 N.E.2d 1107, 1118–1119.